# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW REINGOLD on behalf of himself and on behalf of a Class Comprised of the Other Similarly Situated Former Employees of Defendants,<br><br>Plaintiff,<br><br>v.<br><br>ROSEDALE DODGE, INC. d/b/a ROSEDALE LEASING, WALDEN FLEET SERVICES II, INC. and ROSEDALE FLEET LEASING II, INC.,<br><br>Defendants. | CIVIL FILE NO. 0:09-CV-00371-ADM-SRN<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to F.R.C.P. 41 (a)(1)(i), Matthew Reingold ("Plaintiff") on behalf of himself and a class of those similarly situated, hereby provides notice of his dismissal of all claims against the Defendants Rosedale Dodge, Inc. d/b/a/ Rosedale Leasing, Walden Fleet Services II, Inc. and Rosedale Fleet Leasing II, Inc., in the above styled cause, without prejudice.

Dated:   August 24, 2009            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/Robert D. Metcalf
　　　　　　　　　　　　　　　　　　　Robert D. Metcalf (AIN 72308)
　　　　　　　　　　　　　　　　　　　**METCALF, KASPARI, ENGDAHL**
　　　　　　　　　　　　　　　　　　　**　& LAZARUS, P.A.**
　　　　　　　　　　　　　　　　　　　1660 South Highway 100, Suite 333
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55416
　　　　　　　　　　　　　　　　　　　Telephone:   (952) 591-9444
　　　　　　　　　　　　　　　　　　　Facsimile:    (952) 591-5806
　　　　　　　　　　　　　　　　　　　rdmetcalf@metcalf-law.com

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 423
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
J. Cecil Gardner (GARDJ3461)
210 S. Washington Ave.
Post Office Drawer 3103
Mobile, AL  36652
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE, a non-profit law firm
733 St. Antoine, 3rd Floor
Detroit, Michigan 48226
P: (313) 962-6540
Attorneys for Plaintiffs

2